

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2021

No. 04-20-00562-CV

James D. **SCUDDAY,**
Appellant

v.

Austin **King,** Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellees' motion for an extension of time to file their brief is GRANTED. Appellees' brief is due on or before **September 30, 2021.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court